UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FRANK V. MIELKE,

      Plaintiff,                           CASE NO. 10-11576

-vs-                                          PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE
BANK OF AMERICA HOME LOANS
SERVICING LP,

      Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL BRIEF AND DEFENDANT'S SUR-REPLY

      The Clerk of the Court has accepted for filing plaintiff's supplemental brief filed March 4, 2011 and defendant's sur-reply filed March 14, 2011. Upon review, however, there is nothing in the Local Rules that permits the filing of a supplemental brief or sur-reply, therefore, pleadings (13) and (14) on the Court's Docket are stricken. The Court does accept citations to new cases handed down after the briefing deadline.

                                                 S/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 16, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 16, 2011.

                                        S/Denise Goodine
                                        Case Manager